Avraham C. Moskowitz
MOSKOWITZ & BOOK, LLP
1372 Broadway, Suite 1402
New York, NY 10018
Tel: 212-221-7999

Attorneys for Defendant
Robert A. Singer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT A. SINGER,<br><br>Defendant. | ECF CASE<br><br>Case No. 1:07-cr-1025<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

TO: Clerk of Court
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, NY 10007

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add him as Filing User to whom Notice of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       March 13, 2008                Respectfully submitted

                                     MOSKOWITZ & BOOK, LLP


                                     By: /s/_____
                                         Avraham C. Moskowitz
                                     1372 Broadway, Suite 1402
                                     New York, NY 10018
                                     Tel: 212-221-7999
                                     Fax: 212-398-8835
                                     amoskowitz@moskowitzandbook.com

                                     Attorneys for Robert A. Singer

cc: All Attorneys of Record