IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ECF CASE |
| v. | Case No. 1:07-cr-1025 |
| ROBERT A. SINGER | |
| Defendant. | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1:3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Avraham C. Moskowitz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Peter D. Greenspun
Firm Name: Greenspun, Shapiro, Davis & Leary, P.C.
Address: 3955 Chain Bridge Road, Second Floor
City/State/Zip: Fairfax, Virginia 22030
Phone Number: (703) 352-0100
Fax Number: (703) 591-7268

Peter D. Greenspun is a member in good standing of the Bar of the States of Virginia and the District of Columbia. There are no pending disciplinary proceedings against Peter D. Greenspun in any State or Federal court.

Dated: April 1, 2008

New York, New York:

Respectfully submitted,

Moskowitz & Book, LLP

By: _/s/ Avraham C. Moskowitz_
Avraham C. Moskowitz (am8913)

1372 Broadway, Suite 1402
New York, New York 10018
(212) 221-7999