IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Foley Square

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ECF CASE |
| v. | : | Case No. 1:07-cr-1025 |
| ROBERT A. SINGER | : | |
| Defendant. | : | |

AFFIDAVIT OF AVRAHAM MOSKOWITZ IN SUPPORT
OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York    )
                     )  ss:
County of New York   )

Avraham C. Moskowitz, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Moskowitz and Book, LLP, counsel for the Defendant, Robert A. Singer, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Peter D. Greenspun as counsel pro hac vice to represent Robert Singer in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Peter D. Greenspun since December 2007 during which time we have worked together in representing Mr. Singer in this case.

4. Mr. Greenspun is an attorney at Greenspun, Shapiro, Davis & Leary, P.C. in Fairfax, Virginia.

5. I have found Mr. Greenspun to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Peter D. Greenspun, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Peter D. Greenspun, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Peter D. Greenspun, pro hac vice, to represent the Defendant, Robert A. Singer, in the above-captioned matter, be granted.

Dated: April 1, 2008

New York, New York

_____
AVRAHAM C. MOSKOWITZ (am8913)

Sworn to before me

This 1st day of April, 2008

_____
Notary Public

CHAIM B. BOOK
Notary Public, State of New York
No. 02BO5062284
Qualified in New York County
Commission Expires June 24, _____