# MOSKOWITZ & BOOK, LLP
### ATTORNEYS AT LAW

1372 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10018
(212) 221-7999
FAX: (212) 398-8835
E-MAIL: INFO@MOSKOWITZANDBOOK.COM

April 1, 2008

**BY ECF and REGULAR MAIL**

Hon. Richard J. Holwell
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:  <u>United States v. Singer</u>
           Index No. 07-Cr-1025

Dear Judge Holwell:

      At the last conference on this matter, the defendant requested that the Court modify his bail conditions to allow him to work, with the understanding that he would not have internet access at his place of employment. The Court, with the consent of the Government, indicated that it would be willing to modify Mr. Singer's bail conditions provided that Pre-Trial Services was satisfied that his employer was aware of the defendant's situation and agreed not to allow him to have internet access at the job.

      I have recently spoken to Mr. Singer's Pre-Trial Services officer, who advised me that he has visited Mr. Singer's proposed place of employment and is satisfied that Mr. Singer will not have internet access at the job site. He further informed me that he has no objection to Mr. Singer beginning to work as soon as the Court enters an order modifying his bail conditions.

      In light of the above, it is respectfully requested that the Court enter an order modifying Mr. Singer's bail conditions to allow him to work at Global Financial Services in Bethesda, Maryland. For the Court's convenience, I am submitting a proposed order to that effect.

Hon. Richard J. Holwell
April 1, 2008
Page 2

      Thank you in advance for your consideration of this request.

                                            Respectfully submitted,

                                            Avraham C. Moskowitz

ACM:bgb
Enclosure
cc: AUSA John Cronan (by ECF)