USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:07-cr-1025 |
| | : |
| ROBERT A. SINGER | : |
| | : |
| Defendant. | : |

### ORDER FOR ADMISSION PRO HAC VICE

Upon the application of Avraham C. Moskowitz, attorney for Defendant, Robert A. Singer and said sponsor attorney's affidavit declaring that applicant Peter D. Greenspun is a member in good standing of the bars of the states of Virginia and the District of Columbia; and that applicant's contact information is as follows:

```
Applicant's Name:   Peter D. Greenspun
Firm Name:          Greenspun, Shapiro, Davis & Leary, P.C.
Address:            3955 Chain Bridge Road, Second Floor
City/State/Zip:     Fairfax, Virginia 22030
Phone Number:       (703) 352-0100
Fax Number:         (703) 591-7268
```

said applicant having requested admission pro hac vice to appear for all purposes as counsel for the Defendant, Robert A. Singer, in the above entitled action;

**IT IS HEREBY ORDERED** that Peter D. Greenspun is admitted to practice pro hac vice as counsel for the Defendant, Robert A. Singer, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 8, 2008
New York, New York:

_____
United States District Judge