IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Foley Square

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:07-cr-1025 |
| ROBERT A. SINGER | : |
| Defendant. | : |

ORDER TO MODIFY BOND CONDITIONS

THIS CAUSE comes upon the request of the Defendant, Robert A. Singer, that his bond be modified in order to allow him to work at Global Financial Services, 6931 Arlington Road, Suite 501, Bethesda, Maryland 20814, and it appearing that Pre-Trial Services has cleared Mr. Singer to work and has approved the indicated worksite, it is hereby

ADJUDGED AND ORDERED that the terms and conditions of bond be and hereby are modified to allow the Defendant, Robert A. Singer, to work at the above described location and any other location approved by Pre-Trial Services.

ENTERED this __4__ day of April 2008.

_____
U. S. D. J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```