

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 17, 2008

**By Facsimile**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007



RECEIVED JUL 17 2008 CHAMBERS OF RICHARD J. HOLWELL

    Re:    <u>United States v. Robert A. Singer, a/k/a "Badboy2at"</u>
           07 Cr. 1025 (RJH)

Dear Judge Holwell:

    I write on behalf of the Government in the above-referenced case, to respectfully request that the next <u>pretrial conference be adjourned from Friday, July 25, 2008, to Thursday, September 4, 2008, at 12:00 p.m.</u>, which I understand to be an available time for the Court. The parties are engaged in the plea negotiations, but do not expect to be able to conclude those discussions by July 25, 2008.

    <u>I further respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from today until September 4, 2008, on account of the ongoing plea discussions between the parties. Defense counsel, Avi Moskowitz, Esq. consents to these requests.</u>

*[Handwritten note: Conference adjourned to 9/4/08. Time is excluded under the STA in the interest of justice for the reasons stated above. SO ORDERED [signature] 7/20/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2390

cc:    Peter D. Greenspun, Esq.
       Avi Moskowitz, Esq.

TOTAL P.02