U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
~~DOCUMENT~~
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007


RECEIVED
SEP - 4 2008
CHAMBERS OF
RICHARD J. HOLWELL

September 4, 2008

**By Facsimile**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

   Re: United States v. Robert A. Singer, a/k/a "Badboy2at"
     07 Cr. 1025 (RJH)

Dear Judge Holwell:

  I write on behalf of the Government in the above-referenced case, to respectfully request that a pretrial conference be scheduled for Friday, October 24, 2008, at 12:00 p.m., which I understand to be an available time for Your Honor. The parties are engaged in ongoing plea negotiations.

  I further respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from today until October 24, 2008, on account of the ongoing plea discussions between the parties. Defense counsel, Avi Moskowitz, Esq. consents to these requests.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2390

cc: Peter D. Greenspun, Esq.
  Avi Moskowitz, Esq.

*Handwritten note from Judge:* Conference scheduled for 10/24/08 at 12:00 noon. Time is excluded under the STA from today to 10/24/08 to permit defendant and his counsel to consider a disposition of this case. The exclusion of Time is in the interest of justice and outweighs the interest of defendant and the public in a speedy trial. SO ORDERED. RJH  9/4/08